```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23429
    SANDRA D BOWENS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-3333


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/04/2008 and was not confirmed.

    The case was dismissed without confirmation 11/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL      CURRENT MORTG         .00          .00           .00
FORD MOTOR CREDIT          SECURED VEHIC    10400.00          .00           .00
FORD MOTOR CREDIT          UNSECURED        NOT FILED         .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY         NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED         .00           .00
SAUK VILLAGE POLICE DEPT   UNSECURED        NOT FILED         .00           .00
SAUK VILLAGE POLICE DEPT   UNSECURED        NOT FILED         .00           .00
SAUK VILLAGE POLICE DEPT   UNSECURED        NOT FILED         .00           .00
SAUK VILLAGE POLICE DEPT   UNSECURED        NOT FILED         .00           .00
SAUK VILLAGE POLICE DEPT   UNSECURED        NOT FILED         .00           .00
BMG                        UNSECURED        NOT FILED         .00           .00
CFC DEFICIENCY RECOVER     UNSECURED        NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED         2225.00          .00           .00
SPRINT PCS                 UNSECURED        NOT FILED         .00           .00
SULLIVAN URGENT AID        UNSECURED        NOT FILED         .00           .00
SULLIVAN URGENT AID        UNSECURED        NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED         .00           .00
RADIOLOGY IMAGING CONSUL   UNSECURED        NOT FILED         .00           .00
NICOR GAS                  UNSECURED        NOT FILED         .00           .00
RMI/MCSI                   UNSECURED         1300.00          .00           .00
RMI/MCSI                   UNSECURED        NOT FILED         .00           .00
RMI/MCSI                   UNSECURED        NOT FILED         .00           .00
RMI/MCSI                   UNSECURED        NOT FILED         .00           .00
RMI/MCSI                   UNSECURED        NOT FILED         .00           .00
RMI/MCSI                   UNSECURED        NOT FILED         .00           .00
SAXON MORTGAGE SERVICES    UNSECURED        NOT FILED         .00           .00
SPRINT                     UNSECURED        NOT FILED         .00           .00
TEK COLLECT                UNSECURED        NOT FILED         .00           .00
JONES REALTY               NOTICE ONLY      NOT FILED         .00           .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE         .00          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,491.50                       .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 23429 SANDRA D BOWENS
```

```
---------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                        ---------------   ---------------
TOTALS                     .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/25/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 23429 SANDRA D BOWENS